**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY LITIGATION | MDL Docket No. ____ |

**MOTION OF VERIZON COMMUNICATIONS INC., VERIZON GLOBAL NETWORKS INC., AND VERIZON NORTHWEST INC. FOR EXPEDITED CONSIDERATION OF THEIR MOTION FOR TRANSFER AND COORDINATION PURSUANT TO 28 U.S.C. § 1407**

Verizon Communications Inc., Verizon Global Networks Inc., and Verizon Northwest Inc. ("Verizon") respectfully requests that the Panel set a briefing schedule for this transfer request that would permit the request to be heard during the Panel's July session. Verizon understands that there is some uncertainty about whether there is room in the July schedule and moves separately to set forth reasons supporting expedited review.

To date, plaintiffs in nine different states and the District of Columbia have filed 20 lawsuits against various telecommunications companies including Verizon, AT&T Inc., and/or BellSouth Corporation, alleging that those firms have cooperated with the United States Government in secret programs to collect information about telephone and internet communications.

Verizon has today moved for coordination of these actions, but has been advised by the Clerk's Office that there is a possibility that this filing will be placed on the calendar for this Panel's September conference rather than the July conference. Verizon respectfully requests that its Motion for Multi-District Coordination be calendared in July.

These cases – 19 of 20 of which have been filed in the last two weeks – involve extremely sensitive issues of national security, relating to alleged government efforts to avert future terrorist attacks. Accordingly, the United States has moved to intervene in the first-filed case, *Hepting v. AT&T Corp.*, No. 06-0672 (N.D. Cal.), to seek dismissal based on the state-secrets privilege, and Verizon believes it is likely that the United States will do the same in the cases that are the subject of its coordination motion. Moreover, most of the complaints seek preliminary injunctive relief.[1] If Verizon's coordination motion is not considered until September, there would be a possibility of disruptive and inconsistent rulings on these motions based on the state secrets privilege and for injunctive relief, as well as other potential pretrial motions and discovery. Such lack of coordination in the treatment of cases involving the same critical questions of national security need not be tolerated.

Sufficient time remains for counsel to submit response briefs and for Verizon to file its reply prior to the Panel's regular July conference. Accordingly, given the unique national security concerns and the need for immediate coordination of these cases, the Panel should set Verizon's Motion for Multi-District Coordination Pursuant to 28 U.S.C. § 1407 for hearing at the Panel's July 2006 session.

---

1 *Bissit* Compl. Prayer for Relief; *Driscoll* Compl. Request for Relief; *Fuller* Compl. Request for Relief; *Dolberg* Compl. Request for Relief; *Harrington* Compl. Prayer for Relief; *Hepting* Compl. Prayer for Relief; *Ludman* Compl. Request for Relief; *Mahoney v. Verizon* Compl. Request for Relief; *Mahoney v. AT&T* Compl. Request for Relief; *Schwarz* Compl. Prayer for Relief; *Souder* Compl. Request for Relief; *Trevino* Compl. Prayer for Relief; *Terkel* Compl. Prayer for Relief; *Phillips* Compl. Request for Relief.

## Conclusion

Verizon respectfully requests that the Panel schedule its motion for MDL coordination for consideration at the Panel's July session.

Dated: May 24, 2006

Respectfully submitted,

John H. Beisner
Brian D. Boyle
Thomas E. Donilon
Matthew M. Shors
O'MELVENY AND MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300 (phone)
(202) 383-5414 (fax)

John A. Rogovin
Randolph D. Moss
Samir Jain
Brian Boynton
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 663-6000 (phone)
(202) 663-6363 (fax)

*Attorneys for Verizon Communications Inc., Verizon Global Networks Inc., and Verizon Northwest Inc.*

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that a copy of Defendants Verizon Communcations Inc., Verizon Global Networks Inc., and Verizon Northwest Inc.'s Motion for Expedited Consideration of Their Motion for Transfer and Coordination Pursuant to 28 U.S.C. § 1407 has been served via first class mail to the following plaintiff's counsel of record for all of the actions that will be affected by this motion, on this 24th day of May, 2006:

| | |
|---|---|
| Michael A. St. Pierre, Esquire (#2553)<br>REVENS REVENS & ST. PIERRE, PC<br>946 Centerville Road<br>Warwick, RI 02886<br>401-822-2900 (Telephone)<br>401-826-3246 (Fax)<br>*Attorney for Plaintiffs Charles F. Bissitt, Sandra Bissit, George Hayek, III, June Matrumalo, Gerard Thibeault, Arthur Bouchard, Maryann Bouchard, Aldo Caparco, Janice Caparco, Jenna Caparco, Rose Deluca, Nicole Mirabella, Patricia Pothier, Paul Pothier, Marshall Votta, Vincent Matrumalo, Paula Matrumalo, Jennifer Thomas, Christine Douquette, Maryanne Klaczynski* | Amato A. DeLuca, Esquire (0531)<br>DELUCA & WEIZENBAUM, LTD.<br>199 North Main Street<br>Providence, RI 02903<br>401-453-1500 (Telephone)<br>401-453-1501 (Fax)<br>*Attorney for Plaintiffs Charles F. Bissitt, Sandra Bissit, George Hayek, III, June Matrumalo, Gerard Thibeault, Arthur Bouchard, Maryann Bouchard, Aldo Caparco, Janice Caparco, Jenna Caparco, Rose Deluca, Nicole Mirabella, Patricia Pothier, Paul Pothier, Marshall Votta, Vincent Matrumalo, Paula Matrumalo, Jennifer Thomas, Christine Douquette, Maryanne Klaczynski* |
| LAW OFFICE OF WAGNER & JONES<br>Nicholas "Butch" Wagner, #109455<br>Andrew B. Jones, #076915<br>Daniel M. Kopfman, #192191<br>1111 E. Herndon, Suite 317<br>Fresno, California 93720<br>559-449-1800<br>559-449-0749<br>*Attorneys for Plaintiffs Greg Conner; Mark Boulet; Sergio Vasquez; James Bolich; Debra Bolich; Cheryl Scroggins; Melissa Scroggins; M. Diedre Wilten; Stephen M. Kampmann; Lloyd Brown; Claudia Salazar* | Timothy M. Bechtold<br>William A. Rossbach<br>ROSSBACH HART BECHTOLD, P.C.<br>401 North Washington<br>P.O. Box 8988<br>Missoula, Montana 59807<br>406-543-5156<br>406-728-8878<br>*Attorneys for Plaintiffs Steve Dolberg; Rhea Fuller* |
| Marc R. Stanley<br>Roger L. Mandel<br>Martin Woodward<br>STANLEY, MANDEL & IOLA, LLP<br>3100 Monticello Avenue, Suite 750<br>Dallas, TX 75205 | Gary E. Mason<br>THE MASON LAW FIRM, P.C.<br>1225 19th Street, NW<br>Suite 500<br>Washington, D.C. 20038<br>Telephone: 202-429-2290 |

## CERTIFICATE OF SERVICE

| | |
|---|---|
| Telephone: 214-443-4300<br>Facsimile: 214-443-0358<br>*Attorneys for Plaintiffs Steve Dolberg; Rhea Fuller* | Facsimile: 202-429-2294<br>*Attorney to Plaintiffs Harold Ludman; Pamela A. Mahoney; Lawrence Phillips* |
| Alexander E. Barnett<br>THE MASON LAW FIRM, P.C.<br>One Pennsylvania Plaza<br>Suite 4632<br>New York, NY 10119<br>Telephone: 212-362-5770<br>Facsimile: 917-591-5227<br>*Attorney to Plaintiffs Harold Ludman; Pamela A. Mahoney; Lawrence Phillips* | Peter N. Wasylyk<br>LAW OFFICES OF PETER N. WASYLYK<br>1307 Chalkstone Avenue<br>Providence, RI 02908<br>Telephone: 401-831-7730<br>Facsimile: 401-861-6064<br>*Attorney to Plaintiffs Harold Ludman; Pamela A. Mahoney; Lawrence Phillips* |
| Andrew Kierstead<br>LAW OFFICES OF ANDREW KIERSTEAD<br>1001 S.W. 5th Ave., Suite 1100<br>Portland, OR 97204<br>Telephone: 508-224-6246<br>Facsimile: 508-224-4356<br>*Attorney to Plaintiffs Harold Ludman; Pamela A. Mahoney; Lawrence Phillips* | John C. Whitfield<br>WHITFIELD & COX, PSC<br>29 East Center St.<br>Madisonville, KY 42431<br>Telephone: 270-821-0656<br>Facsimile: 270-825-1163 |
| R. James George, Jr.<br>State bar No. 07810000<br>Douglas Brothers<br>State Bar No. 03084500<br>GEORGE & BROTHERS, L.L.P.<br>1100 Norwood Tower<br>114 W. 7th Street<br>Austin, Texas 78701<br>Telephone: 512-495-1400<br>Facsimile: 512-499-0094<br>*Attorneys for Plaintiff James C. Harrington; Richard A. Grigg; Louis Black; The Austin Chronicle; Michael Kentor* | ELECTRONIC FRONTIER FOUNDATION<br>Cindy Cohn<br>Lee Tien<br>Kurt Opsahl<br>Kevin S. Bankston<br>Corynne McSherry<br>James S. Tyre<br>454 Shotwell Street<br>San Francisco, CA 94110<br>Telephone: 415-436-9333<br>Facsimile: 415-436-9993<br>*Attorneys for Tash Hepting; Gregory Hicks; Erik Knutzen* |
| TRABER & VOORHEES<br>BERT VOORHEES<br>THERESA M. TRABER<br>128 North Fair Oaks Avenue, Suite 204<br>Pasadena, CA 91103<br>Telephone: 626-585-9611<br>Facsimile: 626-577-7079<br>*Attorneys for Tash Hepting; Gregory Hicks; Erik Knutzen* | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>REED R. KATHREIN<br>SHANA E. SCARLETT<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415-288-4545<br>Facsimile: 415-288-4534 |

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| VAL PATRICK EXNICIOS (#19563)<br>AMY FONTENOT (#28577)<br>LISKA, EXNICIOS & NUNGESSER<br>One Canal Place, Ste. 2290<br>365 Canal Street<br>New Orleans, LA 70130<br>Telephone: 504-410-9611<br>Facsimile: 504-410-9937<br>*Attorneys for Plaintiffs Tina Herron; Brandy Sergi* | CONRAD S.P. WILLIAMS (#14499)<br>JOSEPH G. JEVIC III (#23145)<br>MELANIE G. LAGARDE (#28825)<br>ST. MARTIN & WILLIAMS<br>P.O. Box 2017<br>Houma, Louisiana 70361<br>Telephone: 985-876-3891<br>*Attorneys for Plaintiffs Tina Herron; Brandy Sergi* |
| Anthony Irpino (#24727)<br>365 Canal Street, Ste. 2290<br>New Orleans, LA 70130<br>504-525-1500<br>*Attorneys for Plaintiffs Tina Herron; Brandy Sergi* | Christopher A. Slater, OSB No. 97398<br>Michael J. Ross, OSB No. 91410<br>1850 Umpqua Bank Plaza<br>One S.W. Columbia Street<br>Portland, Oregon 97258<br>Telephone: 503-227-2024<br>Facsimile: 503-224-7299<br>*Attorney for Plaintiff Darryl Hines* |
| Marc R. Stanley<br>Roger L. Mandel<br>Martin Woodward<br>STANLEY, MANDEL & IOLA, LLP<br>3100 Monticello Avenue, Suite 750<br>Dallas, TX 75205<br>Telephone: 214-443-4300<br>Facsimile: 214-443-0358<br>*Attorneys to Plaintiff Pamela A. Mahoney* | Michael C. O'Malley, Esq. (MO 0317)<br>Siben & Siben LLP<br>90 East Main Street<br>Bay Shore, NY 11706<br>631-665-3400<br>*Attorney to Plaintiffs Edward Marck; Carol Waltuch* |
| Carl J. Mayer (CM-6589)<br>66 Witherspoon Street - Suite 414<br>Princeton, New Jersey 08542<br>609-921-0253<br>*Pro se Plaintiff* | Bruce I. Afran (BA-8583)<br>10 Braeburn Drive<br>Princeton, New Jersey 08540<br>609-924-2075<br>*Pro se Plaintiff* |
| Matthew J. Piers<br>Illinois Bar No. 2206161<br>Patrick M. O'Brien<br>Illinois Bar No. 6194079<br>Joshua Karsh<br>Illinois Bar No. 6203096<br>*Pro Hac Vice Motions pending*<br>Hughes Socol Piers Resnick & Dym, Ltd.<br>Three First National Plaza, Suite 4000<br>Chicago, Illinois 60602<br>Telephone: 312-580-0100<br>Facsimile: 312-580-1994<br>*Attorneys for Plaintiff Kathryn Potter* | C. David Briley<br>Tennessee PBR 18559<br>Briley Law Group, PLLC<br>511 Union St., Ste. 1610<br>Nashville, IN 37219<br>Telephone: 615-986-2684<br>Facsimile: 615-986-7869<br>*Attorneys for Plaintiff Kathryn Potter* |

# CERTIFICATE OF SERVICE

| | |
|---|---|
| STEVEN E. SCHWARZ<br>2461 W. Foster Ave., #1W<br>Chicago, IL 60625<br>*Pro se Plaintiff, and attorney for Plaintiffs James Joll; Ramon Goggins* | EMGE & ASSOCIATES<br>DEREK J. EMGE<br>550 West C. Street, Suite 1600<br>San Diego, CA 92101<br>Telephone: 619-595-1400<br>Facsimile: 619-595-1480<br>*Attorneys for Plaintiff Shelly D. Souder* |
| STANLEY MANDEL & IOLA LLP<br>MATTHEW J. ZEVIN, SBN 170736<br>550 West C Street, Suite 1600<br>San Diego, CA 92101<br>Telephone: 619-235-5306<br>Facsimile: 815-377-8419<br>*Attorneys for Plaintiff Shelly D. Souder* | STANLEY, MANDEL & IOLA, LLP<br>MARC R. STANLEY<br>ROGER L. MANDEL<br>MARTIN WOODWARD<br>3100 Monticello Avenue, Suite 750<br>Dallas, TX 75205<br>Telephone: 214-443-4300<br>Facsimile: 214-443-0358<br>*Attorneys for Plaintiff Shelly D. Souder* |
| HARVEY GROSSMAN<br>ADAM SCHWARTZ<br>WENDY PARK<br>Roger Baldwin Foundation of ACLU, Inc.<br>180 North Michigan Avenue, Suite 2300<br>Chicago, Illinois 60601<br>312-201-9740<br>*Attorneys for Plaintiffs Studs Terkel; Barbara Flynn Curie; Diane C. Geraghty; Gary S. Gerson; James D. Montgomery; Quentin Young; American Civil Liberties Union of Illinois* | MARC O. BEEM<br>DANIEL M. FEENEY<br>ZACHARY J. FREEMAN<br>Miller Shakman & Beem LLP<br>180 North LaSalle Street, Suite 3600<br>Chicago, Illinois 60601<br>312-263-3700<br>*Attorneys for Plaintiffs Studs Terkel; Barbara Flynn Curie; Diane C. Geraghty; Gary S. Gerson; James D. Montgomery; Quentin Young; American Civil Liberties Union of Illinois* |
| WILLIAM H. HOOKS<br>Hooks Law Offices PC<br>29 South LaSalle Street, Suite 333<br>Chicago, Illinois 60603<br>312-553-5252<br>*Attorney for Plaintiffs Studs Terkel; Barbara Flynn Curie; Diane C. Geraghty; Gary S. Gerson; James D. Montgomery; Quentin Young; American Civil Liberties Union of Illinois* | STEVEN R. SHAPIRO<br>ANN BEESON<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, New York 10004<br>*Attorneys for Plaintiffs Studs Terkel; Barbara Flynn Curie; Diane C. Geraghty; Gary S. Gerson; James D. Montgomery; Quentin Young; American Civil Liberties Union of Illinois* |

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| ROBERT C. HILLIARD<br>Attorney in Charge for Plaintiff<br>State Bar No. 09677700<br>Federal ID No. 5912<br>719 S. Shoreline Boulevard, Suite 500<br>Corpus Christi, Texas 78401<br>Telephone: 361-882-1612<br>Telecopier: 361-882-3015<br>*Attorney for Plaintiff Mary J. Trevino* | HILLIARD & MUÑOZ, L.L.P.<br>KEVIN W. GRILLO,<br>OF COUNSEL<br>719 S. Shoreline Boulevard, Suite 500<br>Corpus Christi, Texas 78401<br>Telephone: 361-882-1612<br>Facsimile: 361-882-3015<br>State Bar No. 08493500<br>Federal No. 4647<br>*Attorneys for Plaintiff Mary J. Trevino* |
| WATTS LAW FIRM, L.L.P.<br>Mikal C. Watts<br>Suite Bar No. 20981820<br>Robert J. Patterson<br>State Bar No. 15604500<br>Tower II Building<br>555 N. Carancahua, Suite 1400<br>Corpus Christi, Texas 78478<br>Telephone: 361-887-0500<br>Facsimile: 361-887-0055<br>*Attorneys for Plaintiff Mary J. Trevino* | HARTINE, DACUS, BARGER, DREYER & KERN, LLP<br>Darrell Barger<br>State Bar No. 01733800<br>One Shoreline Plaza<br>800 N. Shoreline Blvd., Suite 2000-North<br>Corpus Christi, Texas 78401<br>Telephone: 361-866-8009<br>Telecopier: 361-866-8039<br>*Attorney for Plaintiff Mary J. Trevino* |
| ELLIS, CARSTARPHEN, DOUGHERTY & GOLDENTHAL, P.C.<br>Edward M. Carstarphen<br>State Bar No. 03906700<br>5847 San Felipe, Suite 1900<br>Houston, Texas 77057<br>Telephone: 713-647-6800<br>Telecopier: 713-647-6884<br>*Attorney for Plaintiff Mary J. Trevino* | |

I, the undersigned, certify that a copy of Defendants Verizon Communcations Inc., Verizon Global Networks Inc., and Verizon Northwest Inc.'s Motion for Expedited Consideration of Their Motion for Transfer and Coordination Pursuant to 28 U.S.C. § 1407 has been served via first class mail (and through agreement) to the following defense counsel of record for all of the actions that will be affected by this motion, on this 24th day of May, 2006:

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| Bradford Berenson<br>Sidley & Austin LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>(202) 736-8971<br>(202) 736-8711<br>*Attorney to Defendants AT&T Corp.; AT&T Inc.; AT&T Communications Inc.* | Jane F. Thorpe<br>Alston & Bird LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>(404) 881-7822<br>(404) 881-7777<br>*Attorney to Defendants BellSouth Corp.* |

Matthew Shors /djlm
Matthew Shors