# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PAMELA A. MAHONEY, on behalf of herself and all others similarly situated,<br>Plaintiff<br><br>v.<br><br>VERIZON COMMUNICATIONS INC.,<br>Defendant | C.A. No. 06-224S |

## MOTION FOR ADMISSION PRO HAC VICE

Defendant Verizon Communications Inc. hereby moves that John A. Rogovin, Esq. be admitted *pro hac vice* in the above case as counsel with local counsel identified below.

VERIZON COMMUNICATIONS INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Howard A. Merten (#3171)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: May 31, 2006

# ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the Bar of the State of New York and of the United States District Court for the District of Columbia and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

John A. Rogovin, Esq.
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington D.C. 20006
(202) 663-6000
(202) 663-6363 FAX

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

______________________________
Howard A. Merten (#3171)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

---

**ORDER**

This motion is hereby ______________________________________________

______________________________
United States District Court Judge

DATED: ______________________

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE was mailed, postage prepaid, on this 1st day of ~~May~~ June, 2006 to:

Peter N. Wasylyk, Esq.
LAW OFFICES OF PETER N. WASYLK
1307 Chalkstone Avenue
Providence, RI 02903

Gary E. Mason, Esq.
THE MASON LAW FIRM, P.C.
1225 19th Street, NW
Suite 500
Washington,DC 20038

Alexander E. Barnett, Esq.
THE MASON LAW FIRM, P.C.
One Pennsylvania Plaza
Suite 4632
New York, NY 10019

Andrew Kierstead, Esq.
LAW OFFICES OF ANDREW KIERSTEAD
1001 S.W. 5th Avenue, Suite 1100
Portland, OR 97204

Marc R. Staneley, Esq.
Roger L. Mandel, Esq.
Martin Woodward, Esq.
STANLEY, MANDEL & IOLA, LLP
3100 Monticello Avenue, Suite 750
Dallas, TX 75205

[signature]

858654_1/999998-75