FILED
JUN 01 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

6/20/06 : GRANTED. [signature] USMJ

PAMELA A. MAHONEY, on behalf of herself and all others similarly situated,
Plaintiff

v.

VERIZON COMMUNICATIONS INC.,
Defendant

C.A. No. 06-224S

## MOTION FOR ADMISSION PRO HAC VICE

Defendant Verizon Communications Inc. hereby moves that John A. Rogovin, Esq. be admitted *pro hac vice* in the above case as counsel with local counsel identified below.

VERIZON COMMUNICATIONS INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

[signature]

Howard A. Merten (#3171)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: May 31, 2006

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☒ for determination
☐
William E. Smith, District Judge
Date: 6/19/06