RECEIVED
JUN 01 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

PAMELA A. MAHONEY, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

VERIZON COMMUNICATIONS INC.,

Defendant.

C.A. No. 06-224S

**STIPULATION STAYING PROCEEDINGS PENDING A RULING BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION AND PROPOSED ORDER**

On May 24, 2006, Verizon Communications Inc. filed a motion, pursuant to 28 U.S.C. § 1407, before the Judicial Panel on Multidistrict Litigation ("Panel"), asking the Panel to transfer this case and 19 other similar cases pending against Verizon and other telecommunications companies and any future "tag along" actions that may be filed, to the United States District Court for the District of Columbia for consolidation and coordination. *See* Defendant Verizon Communications Inc., Verizon Global Networks Inc., Verizon Northwest Inc.'s Motion for Transfer and Coordination Pursuant to 28 U.S.C. § 1407, *In re National Security Agency Litigation*, MDL Docket No. 1791(attached as Exhibit A). Subsequently, on May 25, 2006, Verizon Communications Inc. filed in this case a Motion for a Stay of All Proceedings Pending a Ruling by the Judicial Panel on Multidistrict Litigation.

In light of these motions, Plaintiff Pamela A. Mahoney and Defendant Verizon Communications Inc., through their respective counsel, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that all proceedings in this matter are hereby stayed, and Verizon Communications Inc. need not answer or otherwise respond to the present complaint in the above-captioned action, until 30 days after the Panel rules on Verizon's

Motion for Transfer and Coordination in *In re National Security Agency Litigation*. The parties shall promptly notify the Court after the Panel issues its ruling.

Respectfully submitted,

Dated: May 31, 2006

P. Wasylyk (by HM)

Peter N. Wasylyk
LAW OFFICES OF PETER N. WASYLYK
1307 Chalkstone Avenue
Providence, RI 02908
Tel. (401) 831-7730
Fax (401) 861-6064

Gary E. Mason
THE MASON LAW FIRM, P.C.
1225 19th Street, NW
Suite 500
Washington, D.C. 20038
Tel. (202) 429-2290
Fax (202) 429-2294

Alexander E. Barnett
THE MASON LAW FIRM, P.C.
One Pennsylvania Plaza
Suite 4632
New York, NY 10119
Tel. (212) 362-5770
Fax (917) 591-5227

Andrew Kierstead
LAW OFFICES OF ANDREW KIERSTEAD
1001 S.W. 5th Ave., Suite 1100
Portland, OR 97204
Tel. (508) 224-6246
Fax (508) 224-4356

Mac R. Stanley
Roger L. Mandel
Martin Woodward
STANLEY, MANDEL & IOLA, LLP
3100 Monticello Avenue, Suite 750
Dallas, TX 75205

Tel. (214) 443-4300
Fax (214) 443-0358

*Attorneys for Plaintiffs*

Howard A. Merten
Robert K. Taylor (6514)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
Tel. (401) 861-8277
Fax (401) 861-8210

John A. Rogovin (*pro hac vice* application pending)
Samir Jain (*pro hac vice* application pending)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, D.C. 20006
Tel. (202) 663-6000
Fax (202) 663-6363

*Attorneys for Verizon Communications Inc.*

**IT IS SO ORDERED**

DATED July 5, 2006.

William E. Smith
United States District Judge