**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| PAMELA A. MAHONEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>VERIZON COMMUNICATIONS INC.,<br><br>Defendant. | C.A. No. 06-224S<br><br>**NOTICE OF ORDER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

On August 9, 2006 the Judicial Panel on Multidistrict Litigation ("Panel") issued an order (attached as Exhibit 1) transferring this case and the 16 other cases that were identified in Verizon Communication Inc.'s Motion for Transfer and Coordination in *In re National Security Agency Telecommunications Records*, MDL Docket No. 1791, to the Northern District of California for coordinated or consolidated pretrial proceedings.

Respectfully submitted,

<u>/s/ Howard A. Merten</u>

Howard A. Merten (3171), HM@psh.com
Robert K. Taylor (6514), RKT@psh.com
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
Tel. (401) 861-8277 Fax (401) 861-8210

John A. Rogovin (*pro hac vice* application pending)
Samir Jain (*pro hac vice* application pending)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, D.C. 20006
Tel. (202) 663-6000Fax (202) 663-6363
*Attorneys for Verizon Communications Inc.*

Dated: August 16, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2006, a copy of the foregoing NOTICE OF ORDER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Peter N. Wasylyk, Esq.
LAW OFFICES OF PETER N. WASYLYK
1307 Chalkstone Avenue
Providence, RI 02908
Tel. (401) 831-7730
Fax (401) 861-6064

Gary E. Mason, Esq.
THE MASON LAW FIRM, P.C.
1225 19th Street, NW
Suite 500
Washington, D.C. 20038
Tel. (202) 429-2290
Fax (202) 429-2294

Alexander E. Barnett, Esq.
THE MASON LAW FIRM, P.C.
One Pennsylvania Plaza
Suite 4632
New York, NY 10119
Tel. (212) 362-5770
Fax (917) 591-5227

Andrew Kierstead, Esq.
LAW OFFICES OF ANDREW KIERSTEAD
1001 S.W. 5th Ave., Suite 1100
Portland, OR 97204
Tel. (508) 224-6246
Fax (508) 224-4356

Mac R. Stanley, Esq.
Roger L. Mandel, Esq.
Martin Woodward, Esq.
STANLEY, MANDEL & IOLA, LLP
3100 Monticello Avenue, Suite 750
Dallas, TX 75205
Tel. (214) 443-4300
Fax (214) 443-0358

/s/ Howard A. Merten
Howard A. Merten

871573_1/5345-2