UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Pamela A. Mahoney, on behalf of
herself and all others similarly situated

Vs. C.A. No. 06-224S

Verizon Communications, Inc.

**ORDER**

This case has been transferred to the U.S. District Court for the Northern District of California. Since it is not likely that any further action will develop in this Court for a substantial period of time, there appears to be no reason to maintain the file as an open one for statistical purposes. The Clerk of this Court is instructed to submit a JS-6 form to the Administrative Office of the United States Courts.

Nothing in this Order will be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

Order:

By: ______________________
Deputy Clerk

Enter:

______________________
William E. Smith
U.S. District Judge

Date: 8/22/06